CASE # 0906548

CLARENCE THOMAS and
KAREN SUE THOMAS

FILED VIA MAIL
JACKSONVILLE, FLORIDA
SEP -5 2013
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Notice of change of address

FROM OLD:

   12929 BENTWATER DR
   JACKSONVILLE, FL 32246

TO NEW:

   3165 KERNAN LAKE CIR.
   APT 205
   JACKSONVILLE, FL 32246
   CASE # 0906548

*Karen Sue Thomas*
KAREN SUE THOMAS
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

*Clarence Thomas*
CLARENCE THOMAS