```
                            United States Bankruptcy Court
                              Middle District of Florida

In re:                                                          Case No. 09-06548-JAF
Clarence Thomas                                                 Chapter 13
Karen Sue Thomas
        Debtors                      CERTIFICATE OF NOTICE

District/off: 113A-3        User: morrop           Page 1 of 2           Date Rcvd: Aug 03, 2015
                            Form ID: B18W          Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2015.

```
db/jdb         +Clarence Thomas, Jr.,    Karen Sue Thomas,    3115 Kernen Lake Circle, Apt. 108,
                 Jacksonville, FL 32246-4282
16681493       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
16681494       +Calif Student Aid,    Po Box 419032,    Rancho Cordova, CA 95741-9032
16681497        Csa,   Po Box 942845,    Sacramento, CA 94245-0845
16681502       +Mercantile Bank,    250 Commonwealth Dr,    Greenville, SC 29615-4846
16935540       +NEX/MIL STAR/EXCHANGE,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas,Tx 75374-0933
16681504       +Navy Federal Cr Union,    Po Box 3600,    Merrifield, VA 22116-3600
16683994       +United States Attorney,    300 North Hogan St Suite 700,    Jacksonville, FL 32202-4204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +EDI: PRA.COM Aug 03 2015 22:43:00      PRA  Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
17211944        EDI: RESURGENT.COM Aug 03 2015 22:43:00      CR Evergreen, LLC,    MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
16681495       +EDI: CHASE.COM Aug 03 2015 22:43:00      Chase,   800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
16681496       +EDI: CITICORP.COM Aug 03 2015 22:43:00      Citicards,    110 Lake Dr,   Newark, DE 19702-3317
16683995       +E-mail/Text: usbc@coj.net Aug 03 2015 22:56:15      City of Jacksonville,    General Counsel,
                 117 West Duval Street, Suite 480,    Jacksonville, FL 32202-3734
21326040       +EDI: RESURGENT.COM Aug 03 2015 22:43:00      East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
16683993        EDI: FLDEPREV.COM Aug 03 2015 22:43:00      FL Dept. of Revenue,    Bankruptcy Unit,
                 P.O. Box 6668,    Tallahassee, FL 32314-6668
16681498        EDI: RMSC.COM Aug 03 2015 22:43:00      Gemb/Jcp,    Po Box 984100,   El Paso, TX 79998
16681499       +EDI: RMSC.COM Aug 03 2015 22:43:00      Gemb/Old Navy,    Po Box 981400,   El Paso, TX 79998-1400
16681500        EDI: HFC.COM Aug 03 2015 22:43:00      Hsbc/Bsbuy,    Po Box 15519,   Wilmington, DE 19850
16683997        EDI: IRS.COM Aug 03 2015 22:43:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA  19114
17297219        EDI: RESURGENT.COM Aug 03 2015 22:43:00      LVNV Funding LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
16681501       +EDI: RESURGENT.COM Aug 03 2015 22:43:00      Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
17335433       +EDI: TDBANKNORTH.COM Aug 03 2015 22:43:00      Mercantile Bank,    PO Box 1029,
                 Attn: Danny Nixon,    Greenville, SC 29602-1029
16681503       +EDI: NFCU.COM Aug 03 2015 22:43:00      Navy Federal Cr Union,    820 Follin Ln Se,
                 Vienna, VA 22180-4907
17093059       +EDI: NFCU.COM Aug 03 2015 22:43:00      Navy Federal Credit Union,    PO Box 3000,
                 Merrifield, VA 22119-3000
17332240       +EDI: NFCU.COM Aug 03 2015 22:43:00      Navy Federal Credit Union,    820 Follin Lane,
                 Vienna, VA 22180-4907
19545151        EDI: PRA.COM Aug 03 2015 22:43:00      Portfolio Recovery Associates, LLC.,    P.O. Box 41067,
                 Norfolk, VA 23541
16731317       +EDI: PRA.COM Aug 03 2015 22:43:00      PRA Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,    POB 41067,    NORFOLK VA 23541-1067
16681505       +EDI: NAVIENTFKASMSERV.COM Aug 03 2015 22:43:00      Sallie Mae,    1002 Arthur Dr,
                 Lynn Haven, FL 32444-1683
17207954       +EDI: NAVIENTFKASMSERV.COM Aug 03 2015 22:43:00      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
16683996       +E-mail/Text: taxdept@coj.net Aug 03 2015 22:56:27      Tax Collector, Duval County,
                 231 E. Forsyth Street, #130,    Jacksonville, FL 32202-3380
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*             Navy Federal Credit Union,    PO Box 3000,    Merrifield, VA  22119-3000
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113A-3           User: morrop              Page 2 of 2              Date Rcvd: Aug 03, 2015
                               Form ID: B18W            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2015 at the address(es) listed below:
              David J. Pinkston    on behalf of Debtor Clarence  Thomas, Jr. pinkstonandpinkston@gmail.com,
               aaronloud@live.com
              David J. Pinkston    on behalf of Joint Debtor Karen Sue Thomas pinkstonandpinkston@gmail.com,
               aaronloud@live.com
              Douglas W. Neway    court@ch13jaxfl.com,
               courtdailysummary@ch13jaxfl.com;mbrown@ch13jaxfl.com;filings@ch13jaxfl.com
              Sean M Affleck    on behalf of Creditor    Navy Federal Credit Union ecf@butlerandhosch.com
              United States Trustee - JAX 13/7, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 3:09−bk−06548−JAF

**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Clarence Thomas Jr.  
3115 Kernen Lake Circle, Apt. 108  
Jacksonville, FL 32246

Karen Sue Thomas  
3115 Kernen Lake Circle, Apt 108  
Jacksonville, FL 32246

Social Security No.:  
xxx−xx−1467

xxx−xx−5391

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

Dated: August 3, 2015

_____  
Jerry A. Funk  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18W continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**